UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Deshawn Royster**                   **Docket No. 5:11-CR-117-1BO**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Deshawn Royster, who, upon an earlier plea of guilty to Possession of a Firearm in the Furtherance of a Drug Trafficking Crime and Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Deshawn Royster was released from custody on October 23, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 5, 2001, the defendant was convicted of Indecent Liberties with Child (01CRS51585) in Granville County Superior Court, Oxford, North Carolina. Based upon this previous conviction, we believe a psycho-sexual evaluation would be appropriate to address any possible treatment needs for this individual.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain                    /s/Linwood E. King
Michael C. Brittain                      Linwood E. King
Supervising U.S. Probation Officer        U.S. Probation Officer
                                                         310 New Bern Avenue, Room 610
                                                         Raleigh, NC 27601-1441
                                                         Phone: 919-861-8682
                                                         Executed On: December 19, 2017

Antonio Deshawn Royster
Docket No. 5:11-CR-117-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 20 day of December, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge