UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Deshawn Royster**　　　　　　　　　　**Docket No. 5:11-CR-117-1BO**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Deshawn Royster, who, upon an earlier plea of guilty to Possession of a Firearm in the Furtherance of a Drug Trafficking Crime and Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Deshawn Royster was released from custody on October 23, 2017, at which time the term of supervised release commenced.

On December 21, 2017, the court modified the defendant's conditions of supervised release to require his submission to a psycho-sexual evaluation based on a previous state conviction for Indecent Liberties with Child.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant provided a urine screen on June 7, 2018, which tested positive for the use of cocaine. Royster ultimately admitted to making a mistake and succumbing to illegal drug use. To address this behavior, and in an effort to deter future drug use, we are recommending that Royster be allowed exposure to appropriate substance abuse treatment. The defendant has been warned that an arrest warrant could be requested from the court subsequent to any future urinalysis tests returning positive for illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall obtain a substance abuse assessment from an appropriate treatment facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

Antonio Deshawn Royster
Docket No. 5:11-CR-117-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/Michael C. Brittain　　　　　　　　　　　　/s/Linwood E. King
Michael C. Brittain　　　　　　　　　　　　　Linwood E. King
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8682
　　　　　　　　　　　　　　　　　　　　　　Executed On: June 20, 2018

## ORDER OF THE COURT

Considered and ordered this 20 day of June, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge