# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Deshawn Royster**　　　　　　　　　　　**Docket No. 5:11-CR-117-1BO**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Deshawn Royster, who, upon an earlier plea of guilty to Possession of a Firearm in the Furtherance of a Drug Trafficking Crime and Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Deshawn Royster was released from custody on October 23, 2017, at which time the term of supervised release commenced.

On December 20, 2017, the court modified the defendant's conditions of supervised release to require his submission to a psycho-sexual evaluation based on a previous state conviction for Indecent Liberties with Child.

On June 20, 2018, the court modified the defendant's conditions of supervised release to require his participation in substance abuse treatment after he tested positive for the use of cocaine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 12, 2018, the defendant participated in a substance abuse evaluation with staff from First Step Services in Raleigh, North Carolina. As a result of their assessment, the treatment provider recommended a psychiatric evaluation and appropriate counseling could prove beneficial for Royster. To address this recommendation, and in an effort to assist the defendant with possible ongoing mental health issues, we are recommending that Royster be allowed exposure to mental health treatment. The defendant is receptive to this recommendation, and he is eager to engage in suggested treatment regimens.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Antonio Deshawn Royster
Docket No. 5:11-CR-117-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: October 19, 2018

## ORDER OF THE COURT

Considered and ordered this 22 day of Oct, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief U.S. District Judge