UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Deshawn Royster**                        **Docket No. 5:11-CR-117-1BO**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Deshawn Royster, who, upon an earlier plea of guilty to Possession of a Firearm in the Furtherance of a Drug Trafficking Crime and Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Deshawn Royster was released from custody on October 23, 2017, at which time the term of supervised release commenced.

On December 20, 2017, the court modified the defendant's conditions of supervised release to require his submission to a psycho-sexual evaluation based on a previous state conviction for Indecent Liberties with Child.

On June 20, 2018, the court modified the defendant's conditions of supervised release to require his participation in substance abuse treatment after he tested positive for the use of cocaine.

On October 22, 2018, the court modified the defendant's conditions of supervised release to require his participation in mental health treatment after the defendant requested same.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 11, 2018, the defendant tested positive for the use of cocaine. Royster has been directed to continue participation in substance abuse treatment through First Step Services, Raleigh, North Carolina, in both group and individual counseling sessions. Furthermore, he was encouraged to consider in-patient treatment options in light of his continued struggles with cocaine. To address this continued non-compliant behavior, and in an effort to deter future illegal drug use, we are recommending that the defendant complete 30 days of home detention via electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Antonio Deshawn Royster
Docket No. 5:11-CR-117-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing
                                                      is true and correct.

/s/Michael C. Brittain                                /s/Linwood E. King
Michael C. Brittain                                   Linwood E. King
Supervising U.S. Probation Officer                    U.S. Probation Officer
                                                      310 New Bern Avenue, Room 610
                                                      Raleigh, NC 27601-1441
                                                      Phone: 919-861-8682
                                                      Executed On: December 26, 2018

## ORDER OF THE COURT

Considered and ordered this 26 day of December, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
Chief U.S. District Judge